Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
E-mail: ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP, INC., ARISTA RECORDS LLC,
and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOE COUSART,<br><br>Defendant. | Case No. C 05-0838 SI<br><br>**APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

Plaintiffs hereby apply to substitute in Shook, Hardy & Bacon L.L.P. as their attorney of record in this action in the place of Coblentz, Patch, Duffy & Bass L.L.P., One Ferry Building, Suite 200, San Francisco, California 94111. Plaintiffs and counsel have consented to said substitution as indicated below by execution of this application.

| | | |
|---|---|---|
| 1 | Dated: May 19, 2005 | COBLENTZ, PATCH, DUFFY & BASS L.L.P. |
| 2 | | |
| 3 | | By: _____ |
| | | ZUZANA J. SVIHRA |

I accept this substitution.

Dated: May 17, 2005

SHOOK, HARDY & BACON, L.L.P.

By: _Sheila M. Salomon_
SHEILA M. SALOMON

I consent to this substitution.

Dated: May 31, 2005

PLAINTIFFS

By: _____
STANLEY PIERRE-LOUIS
Plaintiffs' Representative

## ORDER

Plaintiffs' application for substitution of attorneys is granted.

Dated: _____

IT IS SO ORDERED
Judge Susan Illston

2

APPLICATION FOR SUBSTITUTION OF
ATTORNEYS & PROPOSED ORDER
CASE NO. C 05-0838 SI

88203V1